

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00163-CV

IN RE G.W. AND M.W.                      RELATORS

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 323-102082-15

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus, the four responses to the petition, and relators' reply and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: July 8, 2016

---

[1]*See* Tex. R. App. P. 47.4., 52.8(d).